COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-12-00496-CV

Trial Court Cause
Number:     1171097

Style:     Eddie Medina, Jr.

     **v** Gloria Tate d/b/a Humble Family Skate Center and Humble Family Skate Center, Inc.

Date motion filed[*]:     August 23, 2013

Type of motion:     Motion for En Banc Reconsideration

Party filing motion:     Appellee Gloria Tate d/b/a Humble Family Skate Center

Document to be filed:     no

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

     ☐ Granted

          If document is to be filed, document due: _____

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Sherry Radack
          ☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Sherry Radack, and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown and Huddle

Date: April 22, 2014